```
                                                              FILED
                                                     DISTRICT COURT OF GUAM
                                                          JUL - 7 2005
                                                         MARY L.M. MORAN
                                                         CLERK OF COURT
```



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ANTHONY K JOHNSON, | Criminal Case No. 95-00115 |
| Defendant-Petitioner, | Civil Case No. 05-00013 |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff-Respondent. | |

Petitioner Anthony K. Johnson filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("motion")[1]. Since this was Petitioner's second motion for § 2255 relief, the Court transferred Petitioner's motion to the Ninth Circuit Court of Appeals for Certification to appeal[2]. Petitioner has not yet received certification from the Ninth Circuit to file a second motion, therefore, this Court lacks jurisdiction to consider the present motion per 28 U.S.C. § 2255. Accordingly, petitioner's motion is hereby DISMISSED.

SO ORDERED this ___ day of July, 2005.

Notice is hereby given that this document was
entered on the docket on 7-7-05.
No separate notice of entry on the docket will
be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 7-7-05
    Deputy Clerk / Date

Robert M. Takasugi[*]
United States District Judge

---

[1] Petitioner filed his original motion on March 30, 2005. See Docket No. 46. On May 10, 2005 Petitioner filed a second motion to conform with the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255. See, Docket No. 48. Both documents are collectively referred to as the "motion."

[2] See, Order filed May 3, 2005. Docket No. 47.

[*] The Honorable Robert M. Takasugi, United States Senior District Judge for Central California, by designation